UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JENNIFER GRANT,

        Plaintiff,

    v.

WMC MORTGAGE CORPORATION; SHEA
MORTGAGE, INC.; WELLS FARGO
BANK, N.A.; and DOES 1 through
10, inclusive,

        Defendants.
_____/

NO. CIV. 2:10-1117 WBS KJN

ORDER TO SHOW CAUSE

----oo0oo----

On March 4, 2010, plaintiff Jennifer Grant brought this action in state court against defendants WMC Mortgage Corp. ("WMC"), Shea Mortgage, Inc. ("Shea"), Stewart Title Company of Sacramento, Wells Fargo Bank, N.A. dba America's Servicing Company ("ASC"), Jennifer Talley, Mike Smith, NDEX West, LLC, Barrett Daffin Frappier Treder & Weiss, and Deutsche Bank National Trust Company ("Deutsche Bank") arising out of plaintiff's mortgage transaction.  Plaintiff alleged violations

1

1  of the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601-1667f;

2  Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§

3  2601-2617; Rosenthal Fair Debt Collection Practices Act, Cal.

4  Civ. Code §§ 1788-1788.33; California Civil Code sections

5  1916.7(b)(2), 1916.7(b)(8), 1916.7(c), 1918.5-1921, 1637, and

6  2924; California Financial Code section 50505; and California's

7  Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200-

8  17210, and also asserted claims for intentional infliction of

9  emotional distress, fraud, breach of contract, breach of the

10  implied covenant of good faith and fair dealing, negligence, and

11  breach of fiduciary duty.

12        On May 5, 2010, ASC removed the action to this court.

13  (Docket No. 2.)  ASC invoked the court's federal question

14  jurisdiction, 28 U.S.C. § 1331, based upon plaintiff's claims

15  asserted under TILA and RESPA.  (Notice of Removal (Docket No. 2)

16  ¶ 4.)  ASC then filed a motion to dismiss the causes of action

17  against it pursuant to Federal Rule of Civil Procedure 12(b)(6)

18  for failure to state a claim upon which relief can be granted,

19  which Deutsche Bank subsequently joined.  (Docket Nos. 7, 10.)

20  On June 17, 2010, the court granted ASC and Deutsche Bank's

21  motion to dismiss plaintiff's complaint as to ASC and Deutsche

22  Bank with leave to file an amended complaint if plaintiff could

23  do so consistent with the Order.  (Docket No. 14.)

24        Plaintiff filed an amended complaint on July 7, 2010,

25  against defendants WMC, Shea, and ASC.  (Docket No. 15.)  Unlike

26  the initial complaint, the Amended Complaint does not contain

27  claims under TILA or RESPA against any of the remaining three

28  defendants; rather, the Amended Complaint asserts only state law

1 | claims for deceit under California Civil Code section 1709,

2 | actual fraud under California Civil Code section 1572,

3 | constructive fraud under California Civil Code section 1573,

4 | breach of fiduciary duty, aiding and abetting breach of fiduciary

5 | duty, civil conspiracy to defraud, negligence, violation of UCL,

6 | wrongful foreclosure under California Civil Code section 2924,

7 | and promissory estoppel.

8 |       IT IS THEREFORE ORDERED that within ten days of the

9 | date of this Order, the parties shall file briefs to show cause

10 | why this action should not be remanded to state court in light of

11 | the court's dismissal of plaintiff's claims under TILA and RESPA.

12 |       IT IS FURTHER ORDERED that the hearing on defendants

13 | Shea's and ASC's motions to dismiss is hereby continued to

14 | October 25, 2010, at 2 p.m. in Courtroom 5.

15 | DATED:  September 14, 2010

16 |

17 | _____

18 | WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3